IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| AMBROSIO ROUSE, | ) 2:17-cv-1454-AJS |
| Plaintiff, | ) |
| vs. | ) |
| THE CITY OF PITTSBURGH, A MUNICIPAL CORPORATION; ALLEGHENY COUNTY PENNSYLVANIA, A MUNICIPAL CORPORATION; HAMPTON TOWNSHIP PENNSYLVANIA, A MUNICIPAL CORPORATION; DEVLIN'S POINTE APARTMENTS, A BUSINESS; DEVLIN'S POINTE APARTMENTS' MANAGMENT, JAMES A. WESTJR., IN HIS INDIVIDUAL CAPACITY; JUDGE SUZANNE R. BLASCHAK, IN HER OFFICIAL AND INDIVIDUAL CAPACITIES; JUDGE ROBERT J. COLVILLE, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES; DONALD GLOCK, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES; HAMPTON TWP SERGEANT ROBERT KIRSOPP, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES; JOHN DOE, PAUL LAST NAME UNKNOWN, ED LAST NAME UNKNOWN, BOB LAST NAME UNKNOWN, | ) |
| Defendants, | ) |

**MEMORANDUM ORDER**

The present action was initiated in this court on November 7, 2017 by Plaintiff, proceeding *pro se*. The case was referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with Magistrate Judges Act, 28 U.S.C. § 636(b)(1) and Local Rules of Court 72.C and 72.D. Pending before the Magistrate Judge were four motions to dismiss Plaintiff's complaint for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6) filed by

1

the Defendants. *See* ECF Nos. 9, 15, 22, 48. The Magistrate Judge's report and recommendation filed April 27, 2018 recommended that the motions be granted. The parties were informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Local Rule of Court 72.D.2 that defendants had until May 11, 2018 to file objections and Plaintiff, as an unregistered ECF User, had until May 16, 2018 to file his objections.

Defendants did not file any objections to the Report and Recommendation. Plaintiff objected to the Report and Recommendation on May 16, 2018, and his objections span fifty-six (56) single-spaced pages[1] of disjointed legal conclusions and digressions that fail to specifically address how any of the recommendations are "clearly erroneous" or "contrary to law." 28 U.S.C. § 636(b)(1)(A). The Magistrate Judge in her Report and Recommendation meticulously navigated the labyrinth that was Plaintiff's complaint by addressing every claim that Plaintiff asserted in his complaint against each conceivable defendant.[2] Plaintiff's objections are wholly without merit.

Accordingly, after a *de novo* review of the pleadings and documents in this case, together with the report and recommendation, the following Order is entered:

AND NOW, this 22nd day of May, 2018, it is HEREBY ORDERED as follows:

The motions at ECF Nos. 9, 15, 22, 48 are granted as follows:

Plaintiff's complaint is dismissed with prejudice against the following individuals and the Clerk's Office is Ordered to terminate these Defendants from this case:

1. Devlin's Pointe Apartments' Management;

---

[1] In comparison, the length of the Report and Recommendation's discussion spanned twenty-two double spaced pages.

[2] Indeed, Plaintiff levied thirty (30) separate legal claims against fourteen (14) separate Defendants. The Magistrate Judge's Report and Recommendation diligently and appropriately addressed each claim.

2

2. Judge Suzanne R. Blaschak;

3. Judge Robert J. Colville;

4. Constable Donald Glock;

5. Constable John Doe;

IT IS FURTHER ORDERED that the following claims are dismissed with prejudice as to all of the Defendants because the Court lacks subject matter jurisdiction to hear the claims:

1. Count V-A;

2. Count V-B;

3. Count VII;

4. Count VII-C;

5. Count XVI;

6. Count VI-B;

7. Count XV;

IT IS FURTHER ORDERED that the following claims are dismissed against all of the Defendants as frivolous:

1. Count V-C;

2. Count VI-A;

3. Count VII-A;

4. Count VII-B;

5. Count VII-C;

6. Count VII-D;

7. Count VII-E;

8. Count X-A;

3

9. Count X-B;

10. Count XI-A;

11. Count XVII;

IT IS FURTHER ORDERED that the remainder of Plaintiff's claims against Hampton Township, Sgt. Kirsopp, Allegheny County, the City of Pittsburgh, Leslie Lewis, Paul Last Name Unknown, Ed Last Name Unknown, and Bob Last Name Unknown are dismissed;

IT IS FURTHER ORDERED that Plaintiff show cause as to why this court should not abstain under *Younger v. Harris*, 401 U.S. 37 (1971) as to Plaintiff's remaining claims against the remaining Defendants, as his appeal to the Pennsylvania Supreme Court regarding his eviction remains pending. Plaintiff's response to this show cause order is due by **June 15, 2018** and is limited to ten (10) pages, double-spaced, twelve (12) point font. Responses to the show cause order are due **June 29, 2018** and shall be limited to ten (10) pages double-spaced, twelve (12) point font;

IT IS FURTHER ORDERED that the Report and Recommendation [ECF No. 54] is hereby adopted in its entirety as the Opinion of the District Court.

By the Court,

*Arthur J. Schwab*

The Honorable Arthur J. Schwab
United States Senior District Judge

cc: The Honorable Cynthia Reed Eddy
United States District Court
Western District of Pennsylvania

AMBROSIO ROUSE
4270 Steubenville Pike
#22
Pittsburgh, PA 15205

*All counsel of record via electronic filing*

4